# Court of Appeals
# of the State of Georgia

ATLANTA,  November 06, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0236.  RAFER GRIER v. THE STATE.**

A jury convicted Rafer Grier of aggravated child molestation and statutory rape, and the trial court entered his judgment of conviction on May 9, 2013.  On November 24, 2014, Grier filed a motion for a new trial, which the trial court denied on May 15, 2015.  Grier filed a notice of appeal on June 12, 2015.  We lack jurisdiction.

Although the filing of a motion for a new trial generally extends the deadline for filing a notice of appeal, see OCGA § 5-6-38 (a), an untimely motion for a new trial is void and does not extend the time for filing an appeal, *Wicks v. State*, 277 Ga. 121, 121-122 (587 SE2d 21) (2003).  To be timely, a motion for a new trial must be made "within 30 days of the entry of the judgment on the verdict."  OCGA § 5-5-40 (a).[1]  The proper and timely filing of the notice of appeal is an absolute requirement to confer appellate jurisdiction upon this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).

Here, judgment was entered in 2013, but Grier did not file a motion for a new trial until more than one year later.  Thus, the motion for a new trial was untimely and did not extend the time for filing the notice of appeal.  See *Wicks*, supra at 121-122.  Under these circumstances, Grier's appeal is untimely and is therefore DISMISSED

---

[1] A defendant may obtain permission from the trial court to file an out-of-time motion for a new trial, the denial of which may be appealed directly.  See *Washington v. State*, 276 Ga. 655, 656 (1) (581 SE2d 518) (2003).  Here, however, the record does not show that Grier sought permission to file an out-of-time motion.

for lack of jurisdiction.  See *Peters v. State*, 237 Ga. App. 625, 625 (516 SE2d 331) (1999).

Because Grier is represented by counsel, he is informed of the following in accordance with *Rowland v. State*, supra at 875-876:  This appeal has been dismissed because you failed to file a timely notice of appeal from your judgment of conviction. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction.  If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Grier and to his attorney, and the latter also is directed to send a copy to Grier.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,*＿＿＿11/06/2015＿＿＿
　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ *, Clerk.*